MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
for the
**Eastern District of Michigan**

UNITED STATES OF AMERICA

v.

TAQUELA AUJEMA BATES           Crim. No.: 04-CR-80729-02

On 09/27/2012 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 11/08/2012, and the Court made the following finding(s):

__X__ Guilty of violating conditions of supervision. The following special conditions of supervision are added.

"The offender shall participate in the Radio Frequency technology of the Location Monitoring Program for **the remainder of her original term of supervised release which is set to expire on March 1, 2013**, and abide by all the requirements of the program. The offender is restricted to her residence at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or, other activities as approved in advance by the probation officer. Costs of the program are waived."

"The Court imposes zero tolerance for any further violations of supervised release."

Respectfully submitted,

s/Jeffry W. Konal
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 21st day of November, 2012.

Robert H. Cleland
United States District Judge